DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRISSIA G. CALLEJAS,**
Appellant,

v.

**DEPARTMENT STORES NATIONAL BANK,**
Appellee.

No. 4D21-510

[April 8, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case Nos. CACE20005929 and COWE19-009762.

Anthony Gonzalez of Light & Gonzalez, PLLC, Plantation, for appellant.

Drew Linen of RAS LaVrar, LLC, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***